# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

```
┌─────────────────────────────┐
│  ── FILED      ── LODGED     │
│  ── RECEIVED   ── COPY       │        EXHIBIT LIST
│  ┌───────────────────────┐   │
│  │     JAN 2 1 2009       │   │
│  │                        │   │
```

 United States
PLAINTIFF

          V.

 Salvadore Purita & Jerry Brown
DEFENDANT

```
│  CLERK U S DISTRICT COURT     │
│  DISTRICT OF ARIZONA  CASE NUMBER: CR08-1195 TUC CKJ (BPV)
│  BY_____ DEPUTY    │
```

| PRESIDING JUDGE: BPV | COURTROOM DEPUTY M. SEARS | COURT REPORTER ECRO M. SEARS |
|---|---|---|
| HEARING/TRIAL DATE(S) Jan. 21, 2009 | PLAINTIFF ATTORNEY(S) Nicole Davel | DEFENDANT ATTORNEY(S) Rick Jones Laura Udall |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| | A | 1/21/2009 | DVD of Mat. Wit. Testimony (Gomez & Gonzalez) |
| | B | 1/21/2009 | DVD of Mat. Wit. Interview (Gomez & Gonzalez) |
| | C | 1/21/2009 | Transcript of Mat. Wit. Interview (Rosa Gomez) |
| | D | | Transcript of Mat. Wit. Interview (Rafael Gonzalez) |
| | E | 1/21/2009 | Map of Cochise County |
| | F | | Report of BPA Fernando DeLariva |
| | G | 1/21/2009 | Report of BPA Manuel Rodriquez (Gomez) |
| | H | | Report of BPA Manuel Rodriquez (Gonzalez) |
| | I | 1/21/2009 | Aerial Foto (Leslie Canyon/Glenn/191) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |