## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

**United States of America**
PLAINTIFF

v.

**Argentino Salvadore Purita et al.**
DEFENDANTS


FILED ___ LODGED
RECEIVED ___ COPY
JAN 21 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# EXHIBIT LIST

CASE NUMBER: CR-08-1195-TUC-CKJ(BPV)

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Hon. Bernardo P. Velasco | M. SEARS | ECRO: M. SEARS |
| HEARING/TRIAL DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| January 2, 2009 | Nicole P. Savel, AUSA | Rick Jones, Esq. <br> Laura Udall, Esq. |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 1. | | 1/21/2009 | Photograph of minivan |
| 2. | | 1/21/2009 | Photograph of front of minivan |
| 3. | | 1/21/2009 | Photograph of rear seat passengers in minivan |
| 4. | | 1/21/2009 | Photograph or rear of minivan |
| 5. | | 1/21/2009 | Photograph of minivan with rear hatch open and 5 males in cargo area |
| 6. | | 1/21/2009 | Photograph of rear of minivan with rear hatch open and 5 males in cargo area with radio on the ground |
| 7. | | 1/21/2009 | Photograph of rear of minivan with rear hatch closed and radio on the ground |
| 8. | | — | Report of Investigation |
| 9. | | — | Memorandum of Investigation regarding Rafael Gonzalez |
| 10. | | — | Memorandum of Investigation regarding Rosa Maria Gomez-Hernandez |
| 11. | | — | DVD of Material Witness Video Depositions taken October 6, 2008 |
| 12. | | 1/21/209 | HAND DRAWN DIAGRAM BY AGENT DE LA RIVA |
| 13. | | 1/21/2009 | HAND DRAWING DIAGRAM BY AGENT M.G. RODRIGUEZ |