# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# EXHIBIT LIST

United States of America
PLAINTIFF

v.

Argentino Salvadore Purita et al,

DEFENDANTS

CASE NUMBER: CR-08-1195-TUC-CKJ(BPV)

| PRESIDING JUDGE Hon. Cindy K. Jorgenson | COURTROOM DEPUTY JILL TARLTON | COURT REPORTER MARY RILEY |
|---|---|---|
| HEARING/TRIAL DATE(S) June 23, 2009 | PLAINTIFF ATTORNEY(S) Nicole P. Savel, AUSA Rui Wang, AUSA | DEFENDANT ATTORNEY(S) Rick Jones, Esq. Laura Udall, Esq. |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 1. | | 6/23/09 | Photograph of driver's side view of vehicle |
| 2. | | 6/23/09 | Photograph of front of vehicle |
| 3. | | 6/23/09 | Photograph of second row passengers from left side |
| 4. | | 6/23/09 | Photograph of rear of vehicle |
| 5. | | 6/23/09 | Photograph of open trunk area with 5 male passengers |
| 6. | | 6/23/09 | Photograph of open trunk area with 5 male passengers and radio |
| 7. | | 6/23/09 | Photograph of closed trunk area and radio |
| 8. | | 6/23/09 | Photograph of interior driver's side |
| 9. | | 6/23/09 | Photograph of interior passenger side with 18-pack beer |
| 10. | | 6/23/09 | Photograph of left side of vehicle |
| 11. | | 6/23/09 | Photograph of open trunk area with 5 male passengers #2 |
| 12. | | 6/23/09 | Photograph of open trunk area with 5 male passengers #3 |
| 13. | | 6/23/09 | Photograph of second row passengers from right side |
| 14. | | 6/23/09 | Photograph of vehicle head rest |
| 15. | | 6/23/09 | Photograph of vehicle head rest and partial trunk area |
| 16. | | 6/23/09 | Photograph of left side of vehicle #2 |
| 17. | | 6/23/09 | Photograph of rear of vehicle #2 |
| 18. | | 6/23/09 | Photograph of right side of vehicle |

| | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 19. | | 6/23/09 | Photograph of left rear quarter panel of vehicle |
| 20. | | 6/23/09 | Photograph of rear of vehicle #3 |
| 21. | | 6/23/09 | Photograph of close-up of gun, magazine, round, holster, and wallet |
| 22. | | 6/23/09 | Photograph of close-up of gun, magazine, round, holsters |
| 23. | | 6/23/09 | Photograph of gun |
| 24. | | | Photograph of wallet with badge |
| 25. | | | Photograph of two guns |
| 26. | | | Photograph of two guns #2 |
| 27. | | 6/23/09 | Photograph of close-up of wallet with badge |
| 28. | | | Photograph of defendants Salvatore Purita and Jerry Don Brown |
| 29. | | 6/23/09 | Photograph of Jerry Don Brown with holster |
| 30. | | 6/23/09 | Dollar Rent-A-Car rental receipt |
| 31. | | | Letter written by Michael Edward Brown, dated May 4, 2009 |
| 32. | | 6/23/09 | Paper with agent names and phone numbers |
| 33. | | | Investigation Report - Special Agent Fernando De La Riva |
| 34. | | | Investigation Report - Special Agent Eduardo Hurtado |
| 35. | | | Memorandum to ICE SA Eddie Hurtado by Sgt. Hugo Valenzuela |
| 36. | | | Memorandum by Senior SA Harold R. Beasley Jr. |
| 37. | | | Memorandum by Ricardo Ramirez and Arthur Cervantes |
| 38. | | | Notes associated with memorandum in Exhibit 37 |
| 39. | | 6/23/09 | Wallet with badge |
| 40. | | 6/23/09 | DVD of material witness depositions |
| 40A. | | 6/23/09 | Transcript of material witness depositions (to jury only during video depos) |
| 41 | | | Copy of Agent Eduardo Hurtado notes |
| 42 | | | Agent Hurtado notes |
| 43 | | 6/24/09 | Recording of Michael Brown phone message |