*UNITED STATES DISTRICT COURT*
*DISTRICT OF ARIZONA*

Def
EXHIBIT LIST

United States
PLAINTIFF

V.

Salvadore Purita & Jerry Brown
DEFENDANT

CASE NUMBER: CR08-1195 TUC CKJ

| PRESIDING JUDGE: BPV<br>Cindy Jorgenson | COURTROOM DEPUTY<br>Jill Tarlton | COURT REPORTER<br>Mary Riley |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>Jan. 23, 2009 | PLAINTIFF ATTORNEY(S)<br>Nicole Savel / Rui Wang | DEFENDANT ATTORNEY(S)<br>Rick Jones<br>Laura Udall |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
|  | A |  | Map of Cochise County |
|  | B |  | Aerial PHOTO (Leslie Canyon/Glenn/191) |
|  | C |  | List of Numbers |
|  | D |  | Van Rental Agreement |