IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, )<br>　　　　Plaintiff, )<br>v. )<br>Argentino Salvadore Purita, )<br>　　　　Defendant. )<br>　　　　　　　　　　　　　　　　) | NO.  CR08-1195 TUC CKJ<br><br>**ORDER** |

  Upon Defendant's Motion for Presentence Mental Health Examination for a presentence study of defendant pursuant to 18 U.S.C. §3552(c),

  IT IS HEREBY ORDERED that the Defendant's Motion is GRANTED.

  IT IS FURTHER ORDERED that the study shall be conducted by providers authorized by U.S. Probation.

  IT IS FURTHER ORDERED all evaluation services shall be coordinated through U.S. Probation.

  IT IS FURTHER ORDERED confirming the sentencing date of September 11, 2009, at 9:00 a.m., before the Honorable Cindy K. Jorgenson.

  IT IS FURTHER ORDERED if either party needs any additional time to schedule the study or review the report, a motion to continue shall be filed at least two business days prior to the sentencing.  Counsel shall also notify chambers they are filing the motion.

  DATED this 2nd day of September, 2009.

_____
Cindy K. Jorgenson
United States District Judge